**Donnie Edward MAY, Plaintiff–Appellant,**

v.

**Mack JARVIS, Secretary of Correction; Attorney General of North Carolina, Defendants–Appellees.**

No. 00–7647.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Sept. 14, 2001.

Donnie May, pro se. Clarence Joe Del-Forge, III, Office Of The Attorney General Of North Carolina, Raleigh, NC, for appellees.

Before WIDENER, LUTTIG, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Donnie May seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *May v. Jarvis*, No. CA–97–218–3–2–MU (W.D .N.C. filed Oct. 10, 2000; entered Oct. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*